**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
☐ **VIDEOCONFERENCE** ☑ **COURTROOM**

**U.S.A. v.** Maurice Murphy , **No.** 3:25-cr-237

**ATTORNEY FOR GOVERNMENT:** Joseph Montminy

**ATTORNEY FOR DEFENDANT:** MaryKathryn Harcombe ☑ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ☑ NO  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**  ☐ **ON A SUMMONS**  ☐ **ARRESTED ON:** _____
DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel ☐ Counsel retained
☐ Financial affidavit filed under penalty of perjury ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to **Consular notification** ☐ Counsel app't based on counsel's statement
☐ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
☐ Government motion for detention ☐ Defendant temporarily detained
☐ Defendant waived detention hearing ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future ☐ Defendant to be returned to State custody
☐ Defendant to remain in Federal custody ☐ Defendant waived rights under IAD
☐ Defendant to remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
  ☐ Own recognizance with conditions of release ☐ standard ☐ special
  ☐ Appearance bond in the amount of: _____
  ☐ Property bond [description of property]: _____
☐ **RULE 5** - Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT** [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY ☐ NOT GUILTY ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 12.29.2025 **TOTAL TIME:** 5 min
**BEGIN TIME:** 3:45pm **END TIME:** 3:50pm
☑ *Digitally Recorded* ☐ *Court Reporter:* _____

Form Revised 2/9/2018  Page 1 of 2

**UNITED STATES OF AMERICA v.** Maurice Murphy     **NO.** 3:25-cr-237

- [ ] **RULE 5 IDENTITY HEARING**
  - [ ] Held, defendant found to be person named in warrant
  - [ ] Held, defendant found NOT to be person named in warrant and released
  - [ ] Waived in open Court

- [ ] **PRELIMINARY HEARING**     **CONTINUED TO:** _____
  - [ ] Probable Cause found/Held to answer/bound over     [ ] Discharged from custody
  - [ ] Defendant waived preliminary hearing
  - [ ] RULE 5 - Held to answer in District of Prosecution
  - [ ] RULE 5 - Defendant reserved right to have hearing in District of Prosecution

- [x] **DETENTION HEARING**     **CONTINUED TO:** _____
  - [ ] Government withdrew motion for detention or agreed to release
  - [ ] Pretrial Services Report made a part of the record     [ ] Counsel moved to retain copy of PTSR/granted
  - [x] Bond set at: Own recognizance with conditions of release     [x] Defendant released on [date]: 12/29/2025
  - [ ] RULE 5 - Defendant elected to have hearing in District of Prosecution
  - [ ] Defendant waived detention hearing     [ ] Defendant reserved right to hearing in future
  - [ ] Defendant detained, order to enter     [ ] ICE detainer pending
  - [ ] Defendant to remain in Federal custody     [ ] Defendant to be returned to State custody
  - [ ] Government moved for stay of execution of release pending appeal
    - [ ] Motion granted     [ ] Motion denied
  - [ ] Defendant advised of right to appeal

- [ ] **ARRAIGNMENT ON MISDEMEANOR**
  - [ ] Defendant acknowledges he/she has copy of Indictment/Information
  - [ ] Indictment/Information read to defendant by Judge     [ ] Defendant waives reading thereof
  - **PLEA:** [ ] **GUILTY**     [ ] **NOT GUILTY**
  - [ ] Misdemeanor - defendant consented to trial before Magistrate Judge
  - [ ] Written plea agreement/filed in open Court     [ ] Oral plea agreement
  - [ ] Guilty plea:     [ ] Accepted     [ ] Rejected     [ ] Taken under advisement

- [ ] **OTHER**
  - [ ] Type of hearing and outcome: _____

- [ ] **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**     **(Witnesses, Exhibits, Attach W/Ex List if necessary)**